UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

STEPHEN G. COOKE,

                                    **ORDER**

                     Plaintiff,

                                   Civil Action
     v.                                 No. 18-1080
                                   (ATB)

NANCY A. BERRYHILL,
ACTING COMMISSIONER OF
SOCIAL SECURITY,

                     Defendant.
---------------------------------------------------------x

     IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that this case be remanded to the Commissioner for further proceedings and a new decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g). Should the Appeals Council remand to an ALJ, upon remand, the ALJ will conduct further proceedings and develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, including offering plaintiff a new hearing, and issuing a new decision.

     Therefore, the parties having consented to the within order and the Court having considered the matter,

     IT IS on this __4th__ day of _April_, 2019;

     ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g), for the further administrative action set forth above, and it is further ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

_____
Andrew T. Baxter
U.S. Magistrate Judge

The undersigned hereby consent to the form and entry of the within order.

Dated: New York, New York
      April 3, 2019

                                        GRANT C. JAQUITH
                                        Acting United States Attorney

                            By:    */s/ Ariella Zoltan*
                                    Ariella Zoltan
                                    Special Assistant U.S. Attorney
                                    Bar No. 520077
                                    *Attorney for Defendant*

Dated: Orchard Park, New York
      April 3, 2019

                            By:    */s/Catherine I. Lynch*
                                    Catherine I. Lynch, Esq.
                                    Frederick Law Offices, PLLC
                                    4467 South Buffalo Street
                                    Orchard Park, NY 14127
                                    ph. (716) 253-2283
                                    fax (716) 408-8914
                                    cate@frederickdisability.com
                                    *Attorney for Plaintiff*